AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Mohammed B. Rahman, Goni Miah, Shahidul Alam Rony, Mohammed Hossain, Papu Miah, Hussan Mahmud and Juned Ahmed Swopon, on bahalf of themselves and others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Gennaro Restaurant Inc., Gennaro Picone and Maurizo Bibiano Fortunato, in their individual and professional capacity. <br><br> *Defendant(s)* | Civil Action No. 16-cv-6014 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gennaro Restaurant Inc.,
Gennaro Picone
Maurizo Bibiano Fortunato
665 Amsterdam Ave.,
New York, NY 10025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Pardalis & Nohavicka LLP
35-10 Broadway, Suite 204
Astoria, NY 11106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/27/2016

/s/ R. Chambers
*Signature of Clerk or Deputy Clerk*